UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES SANDROCK,

     Plaintiff,

                              Case No. 1:24-cv-17

v.

                              Hon. Hala Y. Jarbou

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.
_____/

## **<u>ORDER</u>**

On February 4, 2025, Magistrate Judge Green issued a Report and Recommendation (R&R) recommending that the Court affirm the Administrative Law Judge's decision to deny Plaintiff's request for Disability Insurance Benefits and Supplemental Security Income. (ECF No. 12.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on February 18, 2025. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 12) is **APPROVED** and **ADOPTED** as the opinion of the Court.

A judgment will issue in accordance with this order.

Dated: February 25, 2025                    /s/ Hala Y. Jarbou
                                             HALA Y. JARBOU
                                             CHIEF UNITED STATES DISTRICT JUDGE